UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE BERNABE ACABAL ALVARADO (A-Number: 221-492-492),

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY CORRECTIONAL CENTER, *et al.*,

Respondents.

Case No. 1:26-cv-02669-KES-CDB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PETITION FOR WRIT OF HABEAS CORPUS

Doc. 14

Petitioner Jose Bernabe Acabal Alvarado ("Petitioner"), a federal immigration detainee, initiated this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on April 9, 2026, while in custody of Immigration and Customs Enforcement ("ICE") at the California City Correctional Center. Doc. 1.

On July 14, 2026, the assigned magistrate judge issued findings and recommendations to deny the petition. Doc. 14. The magistrate judge determined that Petitioner's order of removal, entered on May 29, 2026, was administratively final as there was no evidence in the record that any appeal had been filed and the 30-day window to appeal had expired. *Id.* at 3-4. Thus, the order of removal became final on June 30, 2026, and the mandatory detention period runs until September 28, 2026. *Id.* at 4. As Petitioner is subject to a 90-day detention period mandated by statute, the magistrate judge found that the petition is rendered moot and recommended it be denied.

*Id.* at 4-5.

The findings and recommendations were served on the parties and contained notice that any objections were to be filed within 14 days of service. *Id.* at 5. The parties were advised that failure to file objections may result in the waiver of rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). No party filed objections and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations, Doc. 14, issued on July 14, 2026, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is DENIED.
3. Respondents' motion to dismiss, Doc. 6, is DENIED as moot.
4. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE